Robert W. Dickerson (State Bar No. 89367)
rdickerson@orrick.com
Armand F. Ayazi (State Bar No. 162893)
aayazi@orrick.com
Michael D. Owens (State Bar No. 266191)
mowens@orrick.com
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for Defendant
G.T. WATER PRODUCTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC.,<br>Plaintiff,<br>v.<br>G.T. WATER PRODUCTS, INC.,<br>Defendant. | Case No. CV 10-08109<br><br>**ORDER GRANTING G.T. WATER PRODUCTS, INC.'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) AND 9(b)**<br><br>Honorable Manuel L. Real |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The parties appeared for hearing on January 3, 2011 to address Defendant G.T. Water Products, Inc.'s Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b). The Court having considered the parties' arguments and having examined the evidence, including Defendant's motion and related briefing, as well as the Plaintiff's Opposition, and good cause appearing:

**IT IS ORDERED THAT**:

The Defendant's Motion to Dismiss is GRANTED.

Specifically it is ordered that:

1. Plaintiff's October 27, 2010 Complaint is dismissed without prejudice for failure to state a claim upon which relief can be granted.

2. Plaintiff is granted ten days leave to file an amended complaint from the date of the hearing.

Dated: January 7, 2011

By:______________________
Hon. Manuel L. Real
U.S. District Judge