Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax: (408) 998-1473
Email: kspelman@mount.com, dfingerman@mount.com

Counsel for San Francisco Technology Inc.

U.S. District Court
Central District of California

| | |
|---|---|
| San Francisco Technology Inc.<br><br>Plaintiff<br><br>vs.<br><br>G.T. Water Products, Inc.<br><br>Defendant | Case No. 2:10-cv-08109-R-SS<br><br>**Corrected First Amended Complaint**<br><br>**Jury Trial Demanded** |

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

*Qui tam* relator San Francisco Technology Inc. ("SF Tech") files this First Amended Complaint against defendant G.T. Water Products, Inc. ("G.T. Water") and alleges as follows.

**Nature of Action**

1. This is a *qui tam* action for false patent marking. G.T. Water has falsely marked products with intent to deceive the public in violation of 35 U.S.C. § 292 and must be civilly fined for each offense. The statute provides:

> Whoever marks upon, or affixes to, or uses in advertising in connection with any unpatented article, the word 'patent' or any word or number importing that the same is patented, for the purpose of deceiving the public … Shall be fined not more than $500 for every such offense.

**Parties**

2. Relator San Francisco Technology is a Delaware Corporation with its principal place of business in San Jose, California.

3. Upon information and belief, defendant G.T. Water is a California corporation with a principal place of business at 5239 N Commerce Ave, Moorpark CA 93021 and who can be served through its registered agent, George Tash, at 5239 N Commerce Ave, Moorpark CA 93021.

**Jurisdiction & Venue**

4. This court has personal jurisdiction over G.T. Water because G.T. Water's principal place of business is within this District.

5. This court has subject matter jurisdiction under 28 U.S.C. §§ 1331, 1338(a), and 1355(a).

6. Venue is appropriate in this District under 28 U.S.C. §§ 1391(b) and 1395(a).

**Count 1: False Patent Marking On Master Plunger Products**

7. SF Tech incorporates by reference all above allegations.

8. G.T. Water makes and sells many kinds of products, including its Master Plunger products, such as model MP500-3. G.T. Water marks the packaging in which its Master Plunger products are sold with words and numbers which falsely suggest that the Master Plunger products are patented. The Master Plunger packaging is marked: "PATENTS: 4,745,641 … 6,216,286". An example of this marking is shown in Exhibit 1.

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

9. U.S. Patents 4,745,641 and 6,216,286 expired no later than 5/25/2005 and 4/17/2009, respectively. G.T. Water's Master Plunger products were being sold with the above markings in 2010, long after the expirations of U.S. Patents 4,745,641 and 6,216,286. Upon information and belief, G.T. Water has made decisions to mark, and has marked, its Master Plunger products in the above manner after the expiration of U.S. Patents 4,745,641 and 6,216,286.

10. An invention disclosed in an expired patent is in the public domain. No reasonable basis exists to believe that a product can be protected by an expired patent. G.T. Water had knowledge that the above patent markings were false at the time those markings were made. G.T. Water uses patent markings in connection with its Master Plunger products to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent. Accordingly, the law presumes that G.T. Water falsely marked its products with intent to deceive the public.

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

**<u>Count 2:</u> <u>False Patent Marking On Drain King Products</u>**

11. SF Tech incorporates by reference all above allegations.

12. G.T. Water makes and sells many kinds of products, including its Drain King products. G.T. Water marks its Drain King products with words and numbers which falsely suggest that the Drain King products are patented. The Drain King products are marked: "PAT 4,606,364". An example of this marking is shown in Exhibit 2.

13. U.S. Patent 4,606,364 expired no later than 10/2/2004. G.T. Water's Drain King products were being sold with the above markings in 2010, long after the expiration of U.S. Patent 4,606,364. Upon information and belief, G.T. Water has made decisions to mark, and has marked, its Drain King products in the above manner after the expiration of U.S. Patent 4,606,364.

14. An invention disclosed in an expired patent is in the public domain. No reasonable basis exists to believe that a product can be protected by an expired patent. G.T. Water had no reasonable basis to believe that the above patent markings were false at the time those markings were made. G.T. Water uses patent markings in connection with its Drain King products to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent. Accordingly, the law presumes that G.T. Water falsely

marked its products with intent to deceive the public.

## Demand For Judgment

SF Tech demands judgment as follows:

1. A declaration that G.T. Water violated 35 U.S.C. § 292.
2. An accounting of the number, sales, and revenue of all falsely marked articles.
3. A civil fine of $500 for each offense — half paid to the U.S., and half paid to SF Tech.
4. Costs, including attorney fees.
5. A finding that this is an exceptional case.
6. Any other relief the court deems appropriate.

## Demand For Jury Trial

SF Tech demands a jury trial on all issues so triable.

Date: January 14, 2011

Mount, Spelman & Fingerman, P.C.
/s/ Daniel H. Fingerman
Counsel for San Francisco Technology Inc.

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

**Certificate of Service**

The undersigned certifies that the foregoing document was filed using the court's electronic filing system (ECF). The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented to accept that Notice as service of this document.

Date: January 14, 2011

Mount, Spelman & Fingerman, P.C.,
/s/ Daniel H. Fingerman
Counsel for San Francisco Technology Inc.

Z:\CLIENTS\F CLIENTS\False006\Attorney_Notes\Drafts\Corrected First Amended Complaint - GT Water.doc