# Exhibit 1


USA
MASTER
PLUNGER


Patented
MADE IN THE
USA
BLACK
The BEST
All PURPOSE PLUNGER
Ever Made!
Perfect for:
Tubs, Toilets,
Showers,
MASTER
PLUNGER
from overflowing
How to operate:
1. Turn handle 1/4 turn to open valve.
2. Insert into bowl.
4. Plunge.

MADE IN THE USA

MP500-3
BLACK
NOIR
NEGRO

*Perfect for:*
Tubs, Toilets, Showers,
Kitchen & Bathroom Sinks

*Perfectionner pour:*
*Les bains, les toilettes,*
*les douches, les eviers de cuisine,*
*et de salles de bain*

*Perfecto para:*
*Las tinas, los lavabos,*
*regaderas, la cocina y el baño*

*The BEST*
*All PURPOSE PLUNGER*
*Ever Made!*

# MASTER PLUNGER®



**Pressure Relief valve prevents water from overflowing**

**La soupape de relief de pression empêche de l'eau de déborder**

**La válvula de alivio de presión previene agua de derramar**

0 77115 50003 9

GTwater products, inc.™

**Instructions on the back**
**L'instructions sur le dos**
**Las instrucciones atrás**

G.T. WATER PRODUCTS, INC.©
www.gtwaterproducts.com
PATENTS: 4,745,641, D 385,073, D 381,146, D 381,147, 6,192,525, 6,374,427, 6,216,286.
More patents pending.