# Exhibit 2


1½" - 3"
drainking
#VIP2
UNCLOGS DRAINS
DEBOUCHE LES EGOUTS
MADE IN THE USA
GO GREEN

